**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride (SBN 297557)
ryan@kazlg.com
2221 Camino Del Rio S, Suite 101
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Luisa Arzate

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ARZATE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE, FINANCIAL RECOVERY SERVICES, INC., TRANS UNION,<br><br>Defendant. | Case No. 3:24-cv-00673-WHA<br><br>**REQUEST FOR LEAVE TO FILE SURREPLY TO DEFENDANT BARCLAYS BANK DELAWARE'S REPLY TO PLAINTIFF'S OPPOSITION OF THE MOTION TO COMPEL ARBITRATION AND IN THE ALTERNATIVE TO PARTIALLY DISMISS**<br><br>Hon. Judge William Alsup |

## I. INTRODUCTION

Defendant Barclays Bank Delaware ("Barclays") filed its response to Plaintiff Luisa Arzate's ("Plaintiff") Opposition of the Motion to Compel Arbitration, and in the Alternative, Partially Dismiss on April 23, 2024. ECF No. 35. Among other arguments, Defendant stated that Plaintiff ratified the agreement by making payments and, notably, that Plaintiff conceded on this point. Plaintiff believes this to be a novel argument which requires a response. Furthermore, for fear of misconstruing Plaintiff's position, Plaintiff wishes to briefly address this point alone.

The local rules for the United States District Court for the Northern District of California state that after "a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval[.]" L.R. 7-3(d). Thus, with express permission from the Court, Plaintiff is allowed leave to file a surreply. *See Ortega v. Flores*, 2023 U.S. Dist. LEXIS 129516, at *18 (N.D. Cal. July, 26, 2023) ("the Court construes this request as a request for leave to file a surreply"). A district court may allow a surreply to be filed, but only "where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." *Kamali v. Stevens*, 2022 U.S. Dist. LEXIS 104977, at *6 (E.D. Cal. June 11, 2022) (citation omitted).

Plaintiff's request is limited to a single issue for which Defendant claimed that Plaintiff conceded. Plaintiff disagrees and wishes to briefly address that claim. Additionally, Plaintiff believes that Defendant's argument on ratification is a novel one that had not been directly brought up in either Defendant's initial motion, nor in Plaintiff's opposition. Accordingly, Plaintiff respectfully requests this Court for permission to file a surreply for this purpose only.

Dated: April 25, 2024          Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: <u>*/s/ Ryan L. McBride*</u>
   Ryan L. McBride Esq.
   *Attorneys for Plaintiff*