UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ARZATE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BARCLAYS BANK DELAWARE, et al.,<br><br>　　　　　Defendants. | No. 24-cv-00673-WHA<br><br>**ORDER REGARDING LEAVE TO FILE SURREPLY** |

　　　Plaintiff's motion to file a sur-reply is **GRANTED**. Plaintiff may file a sur-reply addressing *only* the argument of ratification raised by defendant (Dkt. No. 35) by no later than **MAY 3, 2024, AT NOON**. It should not exceed three pages.

　　　**IT IS SO ORDERED.**

Dated: April 29, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE